**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ROBLOX CORPORATION, | ) |
| | ) Case No. 23-cv-14167 |
| Plaintiff, | ) |
| | ) |
| | ) Judge John J. Tharp, Jr. |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS AND UNINCORPORATED | ) |
| ASSOCIATIONS IDENTIFIED | ) |
| ON SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on February 7, 2024 [Dkt. No. 61] in favor of Plaintiff ROBLOX CORPORATION ("Plaintiff") and against the Defendants identified on Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| **Doe No.** | **Seller Name** |
|---|---|
| 14 | Kids-Toy Supplier Store |
| 249 | PAPASGIX Toy Store |

Therefore, full and complete satisfaction of said judgment as to above-identified Defendant is hereby acknowledged and the Clerk of the Court is hereby authorized and requested to make an entry of the full and complete satisfaction on the docket accordingly.

                                                       Respectfully submitted,

Dated: March 20, 2024                   By:    s/Michael A. Hierl
                                                                   Michael A. Hierl (Bar No. 3128021)
                                                                   William B. Kalbac (Bar No. 6301771)
                                                                   Robert P. McMurray (Bar No. 6324332)
                                                                   Hughes Socol Piers Resnick & Dym, Ltd.
                                                                   Three First National Plaza
                                                                   70 W. Madison Street, Suite 4000
                                                                   Chicago, Illinois 60602
                                                                   (312) 580-0100 Telephone
                                                                   mhierl@hsplegal.com

                                                                   Attorneys for Plaintiff
                                                                   ROBLOX CORPORATION

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Satisfaction of Judgment was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on March 20, 2024.

                                                        s/Michael A. Hierl